UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PATRICK JOSEPH GROULX,

        Plaintiff,                      Case No. 1:24-cv-12000

v.                                          Honorable Thomas L. Ludington
                                                United States District Judge
TAKEDA PHARMACEUTICAL COMPANY,
*et al.*                                            Honorable Patricia T. Morris
                                                United States Magistrate Judge
        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion & Order issued today:

It is **ORDERED** that Plaintiff's Objections to the Report & Recommendation, ECF No. 7, are **OVERRULED.**

Further, it is **ORDERED** that the Report & Recommendation, ECF No. 6, is **VACATED IN PART**, to the extent it required Plaintiff to submit a one-page request to obtain leave of court for future filings.

Further, it is **ORDERED** that the Report & Recommendation, ECF No. 6, is **ADOPTED IN PART**, in all other respects.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for frivolity and failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B).

Further, it is **ORDERED** that Plaintiff Patrick Joseph Groulx is **ENJOINED** from filing any further lawsuits in the United States District Court for the Eastern District of Michigan without obtaining leave of court. To request leave of court, Plaintiff may file either (1) a certificate from a licensed attorney averring a good faith basis for Plaintiff's proposed complaint, or that such

- 2 -

proposed complaint is not frivolous; or (2) a copy of the proposed complaint itself. The Clerk of Court is **DIRECTED** to assign a miscellaneous case number to any request for leave filed by Plaintiff, which the assigned judicial officer can then assess for frivolity.

**This is a final order and closes the above-captioned case.**

Dated: February 6, 2025                           s/Thomas L. Ludington
                                                  THOMAS L. LUDINGTON
                                                  United States District Judge